**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____   Chapter    7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | FRANCESCHINI INVESTMENT CORP |

| | |
|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) |

66-0657111

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| CARR 176 KM 9 HM 9<br>CUPEY ALTO<br>San Juan, PR 00926<br>Number, Street, City, State & ZIP Code | PASEO LA ALHAMBRA 38<br>GENERALIFE<br>Carolina, PR 00987<br>P.O. Box, Number, Street, City, State & ZIP Code |
| San Juan<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   FRANCESCHINI INVESTMENT CORP          Case number (*if known*) _____
       Name

---

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     5419

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    FRANCESCHINI INVESTMENT CORP                                   Case number (*if known*)
          Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | Relationship |
| District | When | Case number, if known |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency
          Contact name
          Phone

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**        .        *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     FRANCESCHINI INVESTMENT CORP                                    Case number (*if known*)
           Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    FRANCESCHINI INVESTMENT CORP _____   Case number (*if known*) _____
_____Name_____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 24, 2024___
MM / DD / YYYY

X  /s/ LUIS O FRANCESCHINI FELIBERTI _____     LUIS O FRANCESCHINI FELIBERTI _____
Signature of authorized representative of debtor          Printed name

Title   PRESIDENT _____

**18. Signature of attorney**

X  /s/ Amarys V. Bolorin Solivan _____     Date   June 24, 2024 _____
Signature of attorney for debtor                    MM / DD / YYYY

Amarys V. Bolorin Solivan 308711 _____
Printed name

Lugo Mender Group, LLC _____
Firm name

100 Carr 165 Suite 501
Guaynabo, PR 00968-8052 _____
Number, Street, City, State & ZIP Code

Contact phone   (787) 707-0404 ___   Email address   a.bolorin@lugomender.com ___

308711 PR _____
Bar number and State

# FRANCESCHINI INVESTMENT CORP.

CORPORATE RESOLUTION

**Franceschini Investment Corp,** a corporate constituted conforming the Commonwealth of Puerto Rico law and by this certify:

At the meeting celebrated on May 1st, 2024, the Board of Directors of Franceschini Investment Corp., agreed to file a bankruptcy petition under the provisions of Chapter 7 of the Bankruptcy Code.

That we have been informed and oriented of the meaning of Chapter 7 of the Bankruptcy Code.

At the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 7 of the Federal Bankruptcy Law was unanimously approved.

That it was also agreed that the services of Attorney Wigberto Lugo Mender of Lugo Mender Group LLC would be retained for such purposes.

That for the best interest of the company we authorize to file a petition for relief under Chapter 7 of the Bankruptcy Code at the Bankruptcy Court District of Puerto Rico.  Also, we authorize Mr. Luis O. Franceschini Feliberti, President of the Corporation to represent at this bankruptcy proceeding, including the contract services to be performed in this matter.

To be evident, I sign this Resolution today the 9 day of May, 2024.

Secretary

2005
#152,028

FRANCESCHINI INVESTMENT, CORP.
PUERTO RICO

(Corporate Seal)

**Fill in this information to identify the case:**

Debtor name        FRANCESCHINI INVESTMENT CORP

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 24, 2024            X /s/ LUIS O FRANCESCHINI FELIBERTI
                                          Signature of individual signing on behalf of debtor

                                          LUIS O FRANCESCHINI FELIBERTI
                                          Printed name

                                          PRESIDENT
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name   FRANCESCHINI INVESTMENT CORP

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $     670,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................... $     0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................ $     670,000.00

**Part 2:**    **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     1,694,298.40

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     48,048.24

4. **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b     $     1,742,346.64

**Fill in this information to identify the case:**

Debtor name ___FRANCESCHINI INVESTMENT CORP___

United States Bankruptcy Court for the: ___DISTRICT OF PUERTO RICO___

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property               **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**            **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.

| Debtor | FRANCESCHINI INVESTMENT CORP | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Land of 15,962.665 sq meters, equivalent of 4.0604 cuerdas, located at Cupey Alto Ward, San Juan PR. (Land No. 12053) Appraisal dated July 5, 2018. | Fee simple | $0.00 | Appraisal | $446,666.00 |
| 55.2.   Land of 7,860.00 sq meters, equivalent at 2.00 cdas located in Cupey Ward San Juan PR (Land No. 10074). Appraisal dated July 5, 2018 | Fee simple | $0.00 | Appraisal | $223,334.00 |

| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | $670,000.00 |
|---|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Debtor  FRANCESCHINI INVESTMENT CORP

Name

Case number *(If known)* _____

■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | FRANCESCHINI INVESTMENT CORP | Case number *(If known)* |
|--------|------------------------------|--------------------------|
| | Name | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | $670,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $670,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $670,000.00 |

**Fill in this information to identify the case:**

Debtor name    FRANCESCHINI INVESTMENT CORP

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1**   Banco Popular de PR

Creditor's Name

Bankruptcy Department
PO Box 362708
San Juan, PR 00936-2708

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
5-May-2005

**Last 4 digits of account number**
1101

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Land of 15,962.665 sq meters, equivalent of 4.0604 cuerdas, located at Cupey Alto Ward, San Juan PR. (Land No. 12053) Appraisal dated July 5, 2018.

**Describe the lien**
Commercial Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$680,000.00**    Value of collateral: **$446,666.00**

**2.2**   Banco Popular de PR

Creditor's Name

Bankruptcy Department
PO Box 362708
San Juan, PR 00936-2708

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
5_May-2005

**Last 4 digits of account number**
1001

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Land of 7,860.00 sq meters, equivalent at 2.00 cdas located in Cupey Ward San Juan PR (Land No. 10074). Appraisal dated July 5, 2018

**Describe the lien**
Commercial Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$829,474.00**    Value of collateral: **$223,334.00**

| Debtor | FRANCESCHINI INVESTMENT CORP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. CRIM
2. Banco Popular de PR

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | CRIM | Describe debtor's property that is subject to a lien | $184,824.40 | $223,334.00 |
|---|---|---|---|---|

Creditor's Name
Atte Carmen P Figueroa Esq
PO Box 195387
San Juan, PR 00919-5387

Creditor's mailing address

Land of 7,860.00 sq meters, equivalent at 2.00
cdas located in Cupey Ward San Juan PR (Land
No. 10074). Appraisal dated July 5, 2018

**Describe the lien**
Real Property Taxes
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2012-2024
**Last 4 digits of account number**
3000

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,694,298.40 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Antonio A Hernandez, Esq<br>PO Box 368908<br>San Juan, PR 00936-4908 | Line  2.1 | 1001 |
| Antonio A Hernandez, Esq<br>PO Box 368908<br>San Juan, PR 00936-4908 | Line  2.2 | 1001 |
| Pedro J. Lopez Bergollo, Esq.<br>273 Ponce De Leon Ave. Suite 510<br>Plaza 273<br>San Juan, PR 00917 | Line  2.2 | |
| US Attorney Office-William Stephen Esq<br>Torre Chardon Suite 1201<br>350 Carlos Chardon Street<br>San Juan, PR 00918 | Line  2.1 | |

Debtor   FRANCESCHINI INVESTMENT CORP                                    Case number (if known)   _____
_____
Name

| | |
|---|---|
| US Attorney Office-William Stephen Esq<br>Torre Chardon Suite 1201<br>350 Carlos Chardon Street<br>San Juan, PR 00918 | Line  2.2 |
| US Small Business Administration<br>409 3rd St, SW<br>Washington, DC 20416 | Line  2.1 |
| US Small Business Administration<br>PO Box 193824<br>San Juan, PR 00919-3820 | Line  2.1 |
| US Small Business Administration<br>409 3rd St, SW<br>Washington, DC 20416 | Line  2.2 |
| US Small Business Administration<br>PO Box 193824<br>San Juan, PR 00919-3820 | Line  2.2 |

**Fill in this information to identify the case:**

Debtor name     FRANCESCHINI INVESTMENT CORP

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>CRIM<br>Atte Carmen P Figueroa Esq<br>PO Box 195387<br>San Juan, PR 00919-5387 | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Property Taxes
NOTICE ONLY

Last 4 digits of account number 7111

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)      ☑ No
                                              ☐ Yes

| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Services<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
941 Corporate Taxes
NOTICE ONLY

Last 4 digits of account number 7111

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)      ☑ No
                                              ☐ Yes

| Debtor | FRANCESCHINI INVESTMENT CORP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MUNICIPALITY OF SAN JUAN**
PO BOX 70179
SAN JUAN, PR 00936-8179

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Municipality License (Patents)
NOTICE ONLY

Last 4 digits of account number  **7111**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PR Deparment of Labor**
PO Box 21361
San Juan, PR 00928-1361

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unemployment & Disability
NOTICE ONLY

Last 4 digits of account number  **7111**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PR Department of Treasury**
Bankruptcy Section 424 B
PO Box 9024140
San Juan, PR 00902-4140

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Corporate Taxes
NOTICE ONLY

Last 4 digits of account number  **7111**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,198.13 |
|---|---|---|---|

Banco Popular de PR
Bankruptcy Department
PO Box 362708
San Juan, PR 00936-2708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12-Nov-2009

Basis for the claim:  Flexi Line Credit

**Last 4 digits of account number**  0434

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | FRANCESCHINI INVESTMENT CORP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,850.11 |
|---|---|---|---|

Cohen Group LLC
PO Box 11897
San Juan, PR 00922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  Sept 2022

**Last 4 digits of account number** _

**Basis for the claim:**  Costs & Expenses & Attorney Fees of Settlement with Universal Insurance Co.
Costs & Expenses: $42,850.11

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 48,048.24 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 48,048.24 |

**Fill in this information to identify the case:**

Debtor name    FRANCESCHINI INVESTMENT CORP

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___FRANCESCHINI INVESTMENT CORP___

United States Bankruptcy Court for the: ___DISTRICT OF PUERTO RICO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ana Margarita Rosado Diaz | Paseo La Alhambra 38 Generalife Carolina, PR 00987 | Banco Popular de PR | ☑ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Ana Margarta Rosado Diaz | Paseo La Alhambra 38 Generalife 38 Carolina, PR 00987 | Banco Popular de PR | ☑ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Centro de Convenciones Los Paseos Corp. | Paseo la Alhambra 38 Generalife Carolina, PR 00987 | Banco Popular de PR | ☑ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Centro de Convenciones Los Paseos Inc. | Paseo La Alhambra 38 Generalife San Juan, PR 00920 | Banco Popular de PR | ☑ D ___2.2___ ☐ E/F _____ ☐ G _____ |

| Debtor | FRANCESCHINI INVESTMENT CORP | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | Luis O Franceschini Feliberti | Paseo la Alhambrta 38 Generalife Carolina, PR 00987 | Banco Popular de PR | ■ D  2.2 ☐ E/F _____ ☐ G _____ |
| 2.6 | Luis O Francheschini Feliberti | Paseo La Alambra 38 Generalife Carolina, PR 00987 | Banco Popular de PR | ■ D  2.1 ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___FRANCESCHINI INVESTMENT CORP___

United States Bankruptcy Court for the:  ___DISTRICT OF PUERTO RICO___

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2024 to Filing Date | ☐ Operating a business<br>■ Other    Operation closed on Year 2018 | $0.00 |
| For prior year: From  1/01/2023 to 12/31/2023 | ☐ Operating a business<br>■ Other    Operation closed on Year 2018 | $0.00 |
| For year before that: From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>■ Other    Operation closed on Year 2018 | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2024 to Filing Date | Universal Insurance Ck 29996 | $116,918.61 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | FRANCESCHINI INVESTMENT CORP | Case number *(if known)* | |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Banco Popular de PR vs Franceschini Investment Corp et al SJ2018CV06951 | Collection of Money & Foreclosure | First Instance Court-San Juan PO Box 190887 San Juan, PR 00919-0887 | □ Pending □ On appeal ■ Concluded |
| 7.2.  Luis Franceshini Filiberti; Franceschini Investment Corp vs Universal Insurance Co et al SJ2018CV076441 (503) | Breach of Contract | First Instance Court- San Juan PO Box 190887 San Juan, PR 00919-0887 | □ Pending □ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:  Certain Gifts and Charitable Contributions

Debtor   FRANCESCHINI INVESTMENT CORP                         Case number *(if known)*

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Real Property Damages- Hurancan Maria Year 2017 | $116,918.61 | 20-Sep-2017 | $1,096,337.94 |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Lugo Mender Group LLC<br>100 Carretera 165<br>Suite 501<br>Guaynabo, PR 00968-8052 | Flat Fee | 26-Apr-2024 | $2,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>Luis O Franceschini Feliberti | | | |
| 11.2. | Lugo Mender Group LLC<br>100 Carretera 165<br>Suite 501<br>Guaynabo, PR 00968-8052 | Filing Fees | 26-apr-2024 | $338.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>Luis O. Franceschini Feliberti | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor  FRANCESCHINI INVESTMENT CORP _____  Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | FRANCESCHINI INVESTMENT CORP | Case number *(if known)* |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | FIRST BANK OF PUERTO RICO<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | **XXXX**-7921 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | November 9, 2022 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor   FRANCESCHINI INVESTMENT CORP                                   Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Osvaldo Colon Vega Ave José de Diego 469 Puerto Nuevo San Juan, PR 00920 | 787-781-3904/787-781-4715 ocpr1848@gmail.com as of 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    FRANCESCHINI INVESTMENT CORP _____    Case number *(if known)* _____

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luis O Franceschini Feliberti | Paseo La Alhambra 38 Generalife Carolina, PR 00987 | President | 100% Stockholder |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor  FRANCESCHINI INVESTMENT CORP                          Case number *(if known)*

---

**Part 14:  Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 24, 2024

/s/ LUIS O FRANCESCHINI FELIBERTI                    LUIS O FRANCESCHINI FELIBERTI
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    PRESIDENT

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**District of Puerto Rico**

In re ___FRANCESCHINI INVESTMENT CORP___      Case No. _____
           Debtor(s)    Chapter ___7___ _____

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date: ___June 24, 2024___    /s/ LUIS O FRANCESCHINI FELIBERTI

               LUIS O FRANCESCHINI FELIBERTI/PRESIDENT
               Signer/Title

FRANCESCHINI INVESTMENT CORP
PASEO LA ALHAMBRA 38
GENERALIFE
CAROLINA, PR 00987

CRIM
ATTE CARMEN P FIGUEROA ESQ
PO BOX 195387
SAN JUAN, PR 00919-5387

US SMALL BUSINESS ADMINIST
PO BOX 193824
SAN JUAN, PR 00919-3820

AMARYS V. BOLORIN SOLIVAN
LUGO MENDER GROUP, LLC
100 CARR 165 SUITE 501
GUAYNABO, PR 00968-8052

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ANA MARGARITA ROSADO DIAZ
PASEO LA ALHAMBRA 38
GENERALIFE
CAROLINA, PR 00987

LUIS O FRANCESCHINI FELIBERTI
PASEO LA ALHAMBRTA 38
GENERALIFE
CAROLINA, PR 00987

ANA MARGARTA ROSADO DIAZ
PASEO LA ALHAMBRA 38
GENERALIFE 38
CAROLINA, PR 00987

LUIS O FRANCHESCHINI FELIBERTI
PASEO LA ALAMBRA 38
GENERALIFE
CAROLINA, PR 00987

ANTONIO A HERNANDEZ, ESQ
PO BOX 368908
SAN JUAN, PR 00936-4908

MUNICIPALITY OF SAN JUAN
PO BOX 70179
SAN JUAN, PR 00936-8179

BANCO POPULAR DE PR
BANKRUPTCY DEPARTMENT
PO BOX 362708
SAN JUAN, PR 00936-2708

PEDRO J. LOPEZ BERGOLLO, ESQ.
273 PONCE DE LEON AVE. SUITE 510
PLAZA 273
SAN JUAN, PR 00917

CENTRO DE CONVENCIONES LOS PASEOS DEPARTMENT OF LABOR
PASEO LA ALHAMBRA 38
GENERALIFE
CAROLINA, PR 00987

PO BOX 21361
SAN JUAN, PR 00928-1361

CENTRO DE CONVENCIONES LOS PASEOS DEPARTMENT OF TREASURY
PASEO LA ALHAMBRA 38
GENERALIFE
SAN JUAN, PR 00920

BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

COHEN GROUP LLC
PO BOX 11897
SAN JUAN, PR 00922

US ATTORNEY OFFICE-WILLIAM STEPHEN ESQ
TORRE CHARDON SUITE 1201
350 CARLOS CHARDON STREET
SAN JUAN, PR 00918

## United States Bankruptcy Court
### District of Puerto Rico

In re   FRANCESCHINI INVESTMENT CORP                                    Case No. _____

                                        Debtor(s)                      Chapter    7    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   FRANCESCHINI INVESTMENT CORP   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 24, 2024                                                 /s/ Amarys V. Bolorin Solivan
_____                              _____
Date                                                         Amarys V. Bolorin Solivan 308711

                                                             Signature of Attorney or Litigant
                                                             Counsel for   FRANCESCHINI INVESTMENT CORP
                                                             _____
                                                             Lugo Mender Group, LLC
                                                             100 Carr 165 Suite 501
                                                             Guaynabo, PR 00968-8052
                                                             (787) 707-0404 Fax:(787) 707-0412
                                                             a.bolorin@lugomender.com